IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RED LODGE ALES BREWING COMPANY, a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AXIOM LLC d/b/a LOCKHORN HARD CIDER, a Montana limited liability company,<br><br>Defendant. | CV 20-119-BLG-SPW-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington Lohn and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 8th day of October, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge