IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RED LODGE ALES BREWING COMPANY, a Montana Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AXIOM LLC *d/b/a* LOCKHORN HARD CIDER, a Montana limited liability company,<br><br>Defendant. | CV 20-119-BLG-SPW-TJC<br><br>**ORDER VACATING SCHEDULING ORDER** |

Defendant has filed an Unopposed Motion to Vacate the Preliminary Pretrial Conference Order. (Doc. 10.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. The deadlines set forth in the August 5, 2020 Preliminary Pretrial Conference Order (Doc. 5) are VACATED.

A telephonic Preliminary Pretrial Conference will be scheduled once Defendant has responded to the First Amended Complaint.

**IT IS ORDERED.**

DATED this 13th day of October, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge