IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RED LODGE ALES BREWING COMPANY, a Montana corporation,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>AXIOM LLC d/b/a LOCKHORN HARD CIDER, a Montana limited liability company,<br><br>    Defendant/Counter-Claimant. | CV 20-119-BLG-SPW<br><br>ORDER |

Upon the Stipulation of Dismissal with Prejudice (Doc. 37) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that all claims and counterclaims in the above-entitled cause are dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 26th day of February, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1